■ PAUL GARCIA, Appellant, v BERNS DEKAJLO & CASTRO et al., Defendants, and DEKAJLO LAW OFFICES et al., Respondents. [878 NYS2d 622]—Order, Supreme Court, New York County (Debra A. James, J.), entered April 18, 2008, which denied plaintiff's motion for a default judgment and inquest, unanimously affirmed, without costs.

Defendants demonstrated a reasonable excuse for their defaults. Concur—Tom, J.P., Friedman, Catterson, Moskowitz and Renwick, JJ.